**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Fumbo Sine (a.k.a. Paul C. William),<br><br>        Petitioner,<br>vs.<br><br>Bruno Stolc, et al.,<br><br>        Respondents. | No. CV-07-0343-PHX-PGR (MEA)<br><br>ORDER |

The petitioner having filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2242, wherein he sought his release from the custody of the Department of Homeland Security pending his removal from the United States, and the respondents having filed a report on March 10, 2008 (doc. #20) verifying that the petitioner was removed from the United States on February 27, 2008,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #15) is deemed withdrawn as moot.

IT IS FURTHER ORDERED that the petitioner's Motion for Judicial Fact-Finding in an Evidentiary Hearing (doc. #17) and his Supplemental Motion to Compel Respondent to File Evidence of Impending Removability or on the

Alternative for Issuance of an Order Directing Immediate Release from Indefinite Detention (doc. #18) are both denied as moot.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241) is denied as moot and that this action is dismissed. The Clerk of the Court shall enter judgment accordingly.

DATED this 10th day of March, 2008.

Paul G. Rosenblatt
United States District Judge